IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LIFE TECHNOLOGIES CORPORATION, et al., )
)
Plaintiffs, )
)
v. )
) Civil Action No. 1:12cv1518
MICHELLE K. LEE, Deputy Under Secretary )
Of Commerce for Intellectual Property and Deputy )
Director of the United States Patent and )
Trademark Office, )
)
Defendant. )
)

FILED MAR 18 2014 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## ORDER

Upon consideration of the parties' Joint Motion to Remand, it is hereby

ORDERED that this matter is REMANDED to the United States Patent and Trademark Office for Defendant to recalculate the patent term adjustment to which United States Patent Nos. 8,211,699, 8,224,578, 8,221,607, 8,232,582, 8,247,219, 8,262,900, 8,268,149, 8,268,249, 8,246,806, 8,287,881 are entitled in light of the Federal Circuit's decision in *Novartis AG v. Lee*, 740 F.3d 593 (Fed. Cir. 2014).

Date: Mar. 18, 2014

/s/
Claude M. Hilton
United States District Judge