*Pg 1* **FILED**

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | *Amended* REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK   2013 FEB 22 A 9: 34 |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court        **Eastern District of Virginia**

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

◑Trademarks or   ●Patents. ( ◑the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:12cv1518 | DATE FILED<br>12/31/2012 | U.S. DISTRICT COURT<br>Eastern District of Virginia |
|---|---|---|
| PLAINTIFF<br>Life Technologies Corporation<br>GeneArt AG<br>Applied Biosystems, LLC | | DEFENDANT<br>David J. Kappos |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,262,900 | 09/11/2012 | Life Technologies Corporation |
| 2 | 8,268,149 | 09/18/2012 | Life Technologies Corporation |
| 3 | 8,268,249 | 09/18/2012 | Life Technologies Corporation |
| 4 | 8,246,806 | 08/21/2012 | Applera Corporation |
| 5 | 8,287,881 | 10/16/2012 | GeneArt AG |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ◑Amendment | ◑Answer | ◑Cross Bill | ◑Other Pleading |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order dated 3/18/14, Remanded to USPTO |

| CLERK<br>Fernando Galindo, Clerk | (BY) DEPUTY CLERK | DATE<br>3/20/14 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO 120 (Rev. 08/10)

*Pg 2.*

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE FILED<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been 2013 FEB 22  A  9: 34

filed in the U.S. District Court **Eastern District of Virginia** on the following

☐ Trademarks or  ● Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| DOCKET NO.<br>1:12cv1518 | DATE FILED<br>12/31/2012 | U.S. DISTRICT COURT<br>Eastern District of Virginia |
|---|---|---|
| PLAINTIFF<br>Life Technologies Corporation<br>GeneArt AG<br>Applied Biosystems, LLC | | DEFENDANT<br>David J. Kappos |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 8,211,699 | 07/03/2012 | ViaCyte, Inc. (licensed to Life Technologies Corporation) |
| 2 8,224,578 | 07/17/2012 | GeneArt AG |
| 3 8,221,607 | 07/17/2012 | Applied Biosystems, LLC |
| 4 8,232,582 | 07/31/2012 | Life Technologies Corporation |
| 5 8,247,219 | 08/21/2012 | Applied Biosystems, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy